[No. 4767-5-II.   Division Two.   January 18, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. JOHN DONALD FRIEND, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-495, John H. Kirkwood, J., entered April 25, 1980. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, J., Petrich, A.C.J., dissenting.